# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 7, 2021

**CASE OF:** IN RE: AMENDMENTS TO FLORIDA RULES OF APPELLATE PROCEDURE 9.120 AND 9.210

**DOCKET NO.:** SC20-597        **OPINION FILED:** December 3, 2020

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 13, paragraph (E), line 5, "(a)(5)(A)" has been changed to "(a)(52)(A)" with strikethrough type across number 5 and underline under number 2.

**SIGNED:  OPINION CLERK**